# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

128102

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARIO HENDERSON,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128102
COA: 249037
Wayne CC: 90-003539

      On order of the Court, the application for leave to appeal the November 16, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005 _____

                                  Clerk

s1208